IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICAN, | : |
| Plaintiff, | : Civil Action No:1:07-cv-01338 |
| vs. | : |
| | : Judge:Rosemary M. Collyer |
| ALL PROPERTY IN/UNDERLYING E-GOLD ACCOUNT NUMBERS 352900, 2325383, AND 2449745 | : |
| Defendant *in rem*. | : |

RECEIVED
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VERIFIED STATEMENT OF INTEREST**

Don Neve being first duly sworn, and under oath, declare under penalty of perjury, to the following facts:

1. My name is Don Neve, I am a resident of Utah, and I am President of The Bullion Exchange, Inc. a Utah corporation.

2. That as an officer and shareholder of the corporation I have an interest in the assets of the corporation.

3. That the corporation has been operated in compliance with all laws, rules and regulations, both federal and in those states in which we conduct business to the best of my knowledge and belief.

4. That my wife Carol Neve and I are the only shareholders of the corporation.

5. That the property held in the e-gold Account numbers 352900, 2325383, and 2449745, are not the result of illegal activity and should not have been taken by the Government.

6. The property belongs to The Bullion Exchange, Inc. and its customers and The Bullion Exchange hereby asserts an interest in the assets seized and illegally converted into the sum of $67,476.71, plus interest thereon.

7. The assets seized are not the result of conducting business as a money transmitter, money service business, or illegal activity.

8. I have had direct contact with representatives of The Financial Crimes Enforcement Network, (FinCEN) on behalf of the corporation, and we have been verbally informed by representatives of FinCEN that the business conducted by The Bullion Exchange (specifically dealing with the

purchase and sale of gold) does not require registration or the filing of Currency Transaction Reports (FinCEN Form 104), and does not constitute operation of a business as a money transmitter.

9. The Bullion Exchange, accordingly, makes official claim on behalf of the corporation to the assets seized by the government in the above captioned matter.

I have read the foregoing and the same is true and accurate to the best of my knowledge.

_____
Don Neve, President, The Bullion Exchange

STATE OF UTAH          )
                       )ss:
COUNTY OF SALT LAKE    )

     SUBSCRIBED AND SWORN to before me, Saleha K Vadipour, a Notary Public by Don Neve, as President of The Bullion Exchange, personally known to me, or identified by proper identification, on this 19 day of September, 2007.

_____
Notary Public

My commission expires: August 01, 2011

SALEHA K VADIPOUR
Notary Public
State of Utah
My Commission Expires August 01, 2011
1255 Brickyard Rd, Salt Lake City, UT 84106