UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL PROPERTY IN/UNDERLYING )<br>E-GOLD ACCOUNT NUMBERS: )<br>)<br>352900, 2325383 AND 2449745, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-01338 (RMC) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE ITS OPPOSITION TO CLAMANT'S MOTION TO DISMISS**

Plaintiff hereby moves for a three week enlargement of time, or to December 21, 2007, within which to its Opposition to claimant motion to dismiss. Under the current rules, plaintiff's Opposition is due to be filed on or before November 30, 2007.

There is good cause for this request. The parties are working to settle this matter and matters pending in another jurisdiction that similarly affect claimant and those discussions remain ongoing. Counsel anticipates that the parties will know within the next three weeks whether this case and those other matters can be resolved, obviating the need for an Opposition. Given the current efforts by both sides to reach a settlement, the government requests that the Court postpone the deadline for filing an Opposition, making such due on December 21, 2007.

The enlargement will not unduly delay litigation of this matter, as no trial has been set and no Court dates will need to be rescheduled.

Undersigned counsel consulted with claimant's outside corporate counsel regarding this

matter who has indicated that claimant consents to this request.

    WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court grant this Consent Motion, thereby enlarging the time for filing an Opposition to claimant's motion to dismiss to December 21, 2007.

    Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
_____
WILLIAM R. COWDEN
LAUREL LOOMIS RIMON
Assistant United States Attorneys
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0258

## CERTIFICATE OF SERVICE

    I hereby certify that on this __30th__ day of November 2007, I caused a true and correct copy of the foregoing to be mailed, via postage paid first class mail, to:

Don Neve, President
The Bullion Exchange, Inc.
1727 Major Street
Salt Lake City, UT  84115

President of Claimant The Bullion Exchange, Inc.

/s/_____
William R. Cowden
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                             )<br>                 Plaintiff,              )<br>                                                             )<br>         v.                                            )<br>                                                             )<br>ALL PROPERTY IN/UNDERLYING  )<br>E-GOLD ACCOUNT NUMBERS:         )<br>                                                             )<br>352900, 2325383 AND 2449745,    )<br>                                                             )<br>                 Defendant.           )<br>_____ ) | Civil Action No. 07-01338 (RMC) |

**O R D E R**

UPON CONSIDERATION of Plaintiff's Unopposed Motion to Enlarge Time to File its Opposition to claimant's motion to dismiss, and for good cause shown, it is this _____ day of _____ 2007, hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Opposition shall be due on or before December 21, 2007.

                                                                          _____
                                                                          ROSEMARY M. COLLYER
                                                                          UNITED STATES DISTRICT JUDGE

ECF service to counsel of record

cc:     Don Neve, President
         The Bullion Exchange, Inc.
         1727 Major Street
         Salt Lake City, UT  84115